UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | CORPORATION DISCLOSURE |
| ) | STATEMENT |
| vs. ) | |
| ) | |
| **Jeff Bean** ) | **05-40157 FDS** |
| ) | |
| Defendant ) | |
| ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts III, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts III, Inc., is a Massachusetts Corporation and maintains offices at 330 Billercia Road, Chelmsford, Middlesex County, Massachusetts;

2. Comcast of Massachusetts III, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Local Counsel,

_9/8/05_
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page   1