**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: 4:05-cv-40157-FDS |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Jeff Bean** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                          Respectfully Submitted for the Plaintiff,
                                          Comcast of Massachusetts III, Inc.
                                          By Its Attorney,

12/20/2005                            /s/ John M. McLaughlin
Date                                   John M. McLaughlin
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061
                                       Telephone:  (413) 586-0865
                                       BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 20th day of December, 2005, a copy of the foregoing was mailed first class to:

Jeff Bean
1495 Pearl Hill Road
Fitchburg, MA 01420-1625

                                                       /s/ John M. McLaughlin
                                                       John M. McLaughlin, Esq.